United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE BRIAN BURNS,

            Plaintiff,

     v.

HUMBOLDT RECOVERY CENTER,
INC., et al.,

            Defendants.

Case No. 22-cv-00880-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/1/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge